# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-66834-lrc |
| WILLIAM ALVIN MURRAY, JR., | CHAPTER 13 |
| Debtor. | |
| WILLIAM ALVIN MURRAY, JR., | |
| Objector, | |
| v. | CONTESTED MATTER |
| RUSHMORE LOAN MANAGEMENT SERVICES (Claim No. 14), | |
| Claimant. | |

## OBJECTION TO PROOF OF CLAIM

**COMES NOW** Debtor, and through counsel files this *Objection to Proof of Claim*, showing to this Honorable Court the following:

1.

Debtor objects to the arrearage portion of the claim filed by Rushmore Loan Management Services transferred from Planet Home Lending, LLC, (Claimant) (Claim No. 14) in the amount of $4,334.20 for the first priority lien on the property located at 1996 Sawgrass Drive Hampton, Georgia 30228 (the "Property"). Specifically, Debtor objects to the arrearage portion of the claim because Debtor and Claimant have reached an agreement to modify the loan that will cure the arrearage of the loan. Debtor requests the remaining arrearage portion of the claim be disallowed.

**WHEREFORE**, Debtor prays:

(a) that this Objection be filed, read, and considered;

(b) that the Court sustain this Objection; and

(c) that this Honorable Court grant such other and further relief as it may deem just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/*_____ |
| Clark & Washington, P.C. | Thomas Reichard, GA Bar No. 150822 |
| 3300 Northeast Expwy Bldg 3 | Attorney for Debtor |
| Atlanta, GA 30341 |  |
| Phone:  404-522-2222 |  |
| Fax:  770-220-0685 |  |
| Email: ecfnotices@cw13.com |  |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-66834-lrc |
| WILLIAM ALVIN MURRAY, JR., | CHAPTER 13 |
| Debtor. | |
| WILLIAM ALVIN MURRAY, JR., | |
| Objector, | |
| v. | CONTESTED MATTER |
| RUSHMORE LOAN MANAGEMENT SERVICES (Claim No. 14), | |
| Claimant. | |

**NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that the Debtor in this case has filed an Objection to the above-referenced claim, requesting an order disallowing the claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the matter at the following number: **833-568-8864**; access code **161 346 1602** at **9:15AM**, on **November 15, 2022** in Courtroom **1204** of the United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA, 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing.  Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then

you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA, 30303. You must also mail a copy of your response to the undersigned at the address stated below.

|  |  |
|---|---|
| Clark & Washington, P.C.<br>3300 Northeast Expwy Bldg 3<br>Atlanta, GA 30341<br>Phone:  404-522-2222<br>Fax:  770-220-0685<br>Email: ecfnotices@cw13.com | /s/_____<br>Thomas Reichard, GA Bar No. 150822<br>Attorney for Debtor |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am over the age of 18 and that on this date I served a copy of the foregoing *Objection to Proof of Claim*, together with a copy of the foregoing Notice, by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

| | |
|---|---|
| William Murray, Jr.<br>1996 Sawgrass Dr<br>Hampton, GA 30228 | Planet Home Lending, LLC<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O.Box 17933<br>San Diego, CA 92177-0933 |
| Laura A. Grifka<br>McMichael Taylor Gray, LLC<br>3550 Engineering Drive<br>Suite 260<br>Peachtree Corners, GA 30092 | Planet Home Lending, LLC<br>Aldridge Pite, LLP<br>Brian K.Jordan, Attorney<br>3575 Piedmont Road NE, Suite 500<br>Atlanta, GA 30305 |
| Rushmore Loan Management Services, LLC<br>Laura A. Grifka, Agent<br>P.O Box 55004<br>Irvine, CA 92619 | **We served by Certified Mail**<br>**Recpt #: 7020 2450 0001 6659 5783**<br>U.S. Bank National Association<br>Andrew Cecere, CEO<br>425 Walnut Street<br>Cincinnati, OH 45202 |
| Rushmore Loan Management Services, LLC<br>8616 Freeport Parkway Suite 100<br>Irving, TX 75063 | |
| Rushmore Loan Management Services, LLC<br>Reg. Agent: Corporation Service Company<br>2 Sun Court Suite 400<br>Peachtree Corners, GA 30092 | |

I further certify that, by agreement, the Standing Chapter 13 Trustee, Melissa J. Davey, was served via the CM/ECF electronic mail/noticing system.

Dated: 10/11/2022

/s/_____

Clark & Washington, P.C.  Thomas Reichard, GA Bar No. 150822
3300 Northeast Expwy Bldg 3  Attorney for Debtor
Atlanta, GA 30341
Phone:  404-522-2222
Fax:  770-220-0685
Email: ecfnotices@cw13.com