**IT IS ORDERED as set forth below:**

**Date: December 11, 2022**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| WILLIAM ALVIN MURRAY, JR., | : | 18-66834-LRC |
| Debtor. | : | |
| WILLIAM ALVIN MURRAY, JR., | : | |
| Objector, | : | |
| v. | : | |
| RUSHMORE LOAN MANAGEMENT SERVICES, | : | IN PROCEEDINGS UNDER CHAPTER 13 OF THE |
| Claimant. | : | BANKRUPTCY CODE |

## **O R D E R**

Before the Court is the Debtor's Objection to Claim (Motion to Disallow Claim) of Creditor RUSHMORE LOAN MANAGEMENT SERVICES, Claim No. 14 (the

"Objection," Doc. 90). On December 13, 2018, Planet Home Lending, LLC ("PHL"), filed Claim Number 13, secured by 1996 Sawgrass Drive, Hampton, GA 30228 (the "Property"). PHL amended its claim on March 27, 2019 ("Claim No. 13-2"). On March 4, 2021, Debtor and PHL reached a consent order regarding PHL's Motion for Relief from the Automatic Stay. The order provided that PHL would file a supplemental claim for post-petition arrears in the amount of $4,334.20. Doc. 71. PHL filed the supplemental claim on March 17, 2021, as Claim Number 14. On December 8, 2021, PHL filed notice of the transfer of Claim Number 13 to U.S. Bank National Association, not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V ("U.S. Bank"), care of Rushmore Loan Management Services ("Rushmore").

Debtor objected to Claim 14 because the Court has approved a loan modification between Debtor and U.S. Bank. Doc. 91. The objection to Claim Number 14 names Rushmore as the claimant. However, no notice of transfer of Claim 14 from PHL to Rushmore or U.S. Bank has ever been filed with the Court. It appearing that Debtor served U.S. Bank, Rushmore, and PHL with the objection and notice of the hearing, and no party has responded,

IT IS ORDERED that the Objection is SUSTAINED;

IT IS FURTHER ORDERED that the Chapter 13 trustee shall cease funding the arrearage portion of Claim Number 14.

**END OF DOCUMENT**

**Distribution List**

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Melissa J. Davey
Chapter 13 Trustee
233 Peachtree Street, NE
Suite 2250
Atlanta, GA 30303

William Murray, Jr.
1996 Sawgrass Dr
Hampton, GA 30228

Laura A. Grifka
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092

Rushmore Loan Management Services, LLC
Laura A. Grifka, Agent
P.O Box 55004
Irvine, CA 92619

Rushmore Loan Management Services, LLC
8616 Freeport Parkway Suite 100
Irving, TX 75063

Rushmore Loan Management Services, LLC
Reg. Agent: Corporation Service Company
2 Sun Court Suite 400
Peachtree Corners, GA 30092

Planet Home Lending, LLC

Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O.Box 17933
San Diego, CA 92177-0933

Planet Home Lending, LLC
Aldridge Pite, LLP
Brian K.Jordan, Attorney
3575 Piedmont Road NE, Suite 500
Atlanta, GA 30305

U.S. Bank National Association
Andrew Cecere, CEO
425 Walnut Street
Cincinnati, OH 45202